JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHONNA COUNTER,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>150 BARRINGTON AVENUE LLC, a California Limited Liability Company; QUATTRO NAZO, LLC, a California Limited Liability Company; and Does 1-10,<br><br>　　　　Defendants. | Case No.: 2:19-CV-00770-JFW(AFMx)<br><br>**ORDER** |

**ORDER**

In the Notice of Settlement filed on April 1, 2019, Dkt. No. 16, the parties represent that they have settled this action. As a result, the Court dismisses this action without prejudice subject to either party reopening the action on or before June 3, 2019. The Court will retain jurisdiction for the sole purpose of enforcing the settlement until June 3, 2019. Thereafter, absent further order of the Court, the dismissal of this action will be with prejudice. All dates in this action, including the trial date are vacated.

IT IS SO ORDERED.

Dated: April 3, 2019

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　HONORABLE JOHN F. WALTER
　　　　　　　　　　　　　　　　United States District Judge